IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TONI DELCORE, | Civil No. 6:24-CV-00867-AR |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES |
| Acting Commissioner of the Social Security Administration, | PURSUANT TO 28 U.S.C. § 2412(D) |
| Defendant. | |

After consideration of Plaintiff's Unopposed Motion, it is hereby ordered that attorney fees

in the amount of $6,044.16 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the

Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then

the fees shall be payable to Dellert Baird Law Offices, PLLC, electronically or by check.

IT IS SO ORDERED.

DATED this _____29th_____ day of ___April_____, 2025.


/s/ JEFF ARMISTEAD
Hon. Jeff Armistead
U.S. Magistrate Judge

Page 1      ORDER
            [6:24-CV-00867-AR]